1  JAN P. WEIR, State Bar No. 106652
   STRADLING YOCCA CARLSON & RAUTH
2  660 Newport Center Drive, Suite 1600
   Newport Beach, CA 92660-6422
3  T: 949-725-4000
   F: 949-725-4100
4  Email: jweir@sycr.com

5  Attorneys for Defendants
   ACACIA RESEARCH CORPORATION,
6  SCREENTONE SYSTEMS CORPORATION

7

8              **UNITED STATES DISTRICT COURT**

9              **NORTHERN DISTRICT OF CALIFORNIA**

10                    **SAN JOSE DIVISION**

| | |
|---|---|
| 11  ADOBE SYSTEMS INCORPORATED, a Delaware Corporation, | CASE NO. C-08-04522 |
| 13       Plaintiff, | **NOTICE OF MULTIDISTRICT LITIGATION FILING** |
| 14  v. | |
| 15  ACACIA RESEARCH CORP., a Delaware Corporation, and SCREENTONE SYSTEMS CORP., a Delaware Corporation; | |
| 17       Defendants. | |

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

NOTICE OF MULTIDISTRICT LITIGATION FILING

DOCSOC/1309819v1/101022-0006

1  Please take notice that on October 22, 2008, Screentone Systems Corp. and
2  Acacia Research Corp. filed a Motion For An Order To Transfer A "Tag-Along
3  Action" Pursuant To Rule 7.4(a) before the Judicial Panel on Multidistrict
4  Litigation. A copy is attached as Exhibit 1.

6  DATED: October 22, 2008          STRADLING, YOCCA, CARLSON & RAUTH

8                                   /s/ Jan P. Weir
9                                   JAN P. WEIR

10                                  Attorneys for Plaintiffs/Counter-Defendants
11                                  ACACIA RESEARCH CORPORATION,
                                    SCREENTONE SYSTEMS CORPORATION

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

1

NOTICE OF MULTIDISTRICT LITIGATION FILING

DOCSOC/1309819v1/101022-0006