Jan P. Weir, State Bar No. 106652
STRADLING YOCCA CARLSON & RAUTH
660 Newport Center Drive, Suite 1600
Newport Beach, CA  92660-6422
949-725-4000
jweir@sycr.com

*E-FILED - 11/25/08*

Attorneys for Defendants
SCREENTONE SYSTEMS CORPORATION and
ACACIA RESEARCH CORP.

# UNITED STATES DISTRICT COURT

## NORTHEN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ADOBE SYSTEMS INCORPORATED,<br>A Delaware Corporation,<br><br>                        Plaintiff,<br><br>      vs.<br><br>ACACIA RESEARCH CORPORATION,<br>a Delaware corporation, and<br>SCREENTONE SYSTEMS CORP., a<br>Delaware corporation,<br><br>                        Defendants. | Case No.  CV 08-04522 RMW<br><br>**[] ORDER<br>STIPULATION TO EXTEND THE<br>TIME FOR DEFENDANTS TO<br>ANSWER PLAINTIFF'S FIRST<br>AMENDED COMPLAINT** |

Plaintiff Adobe Systems Incorporated and Defendants Screentone Systems Corporation and Acacia Research Corporation have stipulated to a 30 day extension of time for Defendants to respond to Plaintiff's First Amended Complaint, without waiving any defenses or any matters that might be presented pursuant to Federal Rule of Civil Procedure 12(b).

Having considered the stipulation, other pleadings and filings in this proceeding, and for good cause appearing,

1    IT IS HEREBY ORDERED that Defendants shall have until December 11, 2008,

2  to respond in any manner whatsoever to Plaintiff's First Amended Complaint.

3

4

5

6  Dated November ___24___, 2008.        _Ronald M. Whyte_____

7                                          UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28