

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel: (213) 894-3535

**SOUTHERN  DIVISION**
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4750

**EASTERN  DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

**TERRY NAFISI**
District Court Executive and
Clerk of Court

Re:   MDL _____   In Re: _____

Transfer of your Civil Case No. _____

Case Title: _____

Dear Sir/Madam:

An order having been made by the Judicial Panel on Multi-district Litigation transferring the above-numbered case to this district and assigning Judge _____ to preside over this litigation, we are transmitting herewith a certified copy of the conditional transfer order from the MDL Panel.  We have assigned the following case number to this case: _____. Please include reference to this case number when the case file is sent to this district.

We would appreciate receiving the case file as soon as possible.  Thank you for your cooperation.

Very truly yours,

Clerk, U.S. District Court

By _____
Deputy Clerk

cc:   *All counsel on the attorney service list*
      *Clerk, MDL Panel*